UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| PATRICIA Y. DAWSON, | ) |
| Plaintiff, | ) No. 4:14-cv-00583-SWW |
| v. | ) |
| H & H ELECTRIC, INC., | ) |
| Defendant. | ) |

## JOINT MOTION FOR PROTECTIVE ORDER

For their joint motion for the entry of a protective order, the parties state:

1. The parties have agreed to the entry of a protective order in order to safeguard information that is confidential.

2. The proposed order is attached hereto and is being separately transmitted to the Court.

3. The proposed order corrects the issue previously identified by the Court.

Wherefore, the parties jointly request that the Court enter the attached protective order.

Respectfully submitted,

/s/ John L. Burnett
John Burnett (Arkansas Bar No. 77021)
Lavey and Burnett
904 West 2nd Street
Little Rock, Arkansas 72201
Telephone: (501) 376-2269
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

Ria Tabacco Mar*
Leslie Cooper

American Civil Liberties Union
 Foundation
125 Broad Street
New York, New York 10004
Telephone: (212) 549-2627
E-mail: rmar@aclu.org
        lcooper@aclu.org

* admitted pro hac vice

*Attorneys for Plaintiff*


/s/ William P. Dougherty
William P. Dougherty  Ar Bar #73028
Attorney at Law
3115 Kavanaugh Blvd.
Little Rock, AR   72205
501-366-2125
Bill_2008@comcast.net

Sam Strange
Hosto & Buchan, PLLC
701 W. 7th St.
Little Rock, AR   72201
501-320-0950
sstrange@hosto.com


*Attorneys for Defendant*