## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**PATRICIA DAWSON**                                                              **PLAINTIFF**

**v.**                              Civil No. **4:14 cv 583 SWW**

**H & H ELECTRIC, INC.**                                                         **DEFENDANT**

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereto stipulate that this matter should be and is dismissed with prejudice.

 

H & H Electric, Inc., defendant

By:  /s/William P. Dougherty
William P. Dougherty   AR Bar #73028
Attorney at Law
3115 Kavanaugh Blvd.
Little Rock, AR   72205
501-366-2125
Bill_2008@comcast.net


Patricia Y. Dawson, plaintiff

By: /s/ Ria Tabacco Mar
Ria Tabacco Mar
American Civil Liberties Union
125 Broad St, 18th Fl.
New York, NY   10004
212-549-7384

1

Certificate of Service

I certify that on September 30, 2015, I filed the foregoing document using the court's CM/ECF filing system which sent notice to all persons registered herein.

/s/ William P. Dougherty